# **Exhibit A**

InsuredNation

# Marketing Partners

21st Century Insurance
AAA Insurance Co.
Acceptance Insurance
Acceptance Insurance Agency of Tennessee, Inc
Accuquote
ACSC - Auto Club of Southern California
Adam Brown Agency LLC
Advantage Protection
Aegis First
Aegon US Holding Corp.
AER Marketing LLC
Aetna
AIG Direct
AIS
Albemarle Insurance Agency Inc
Allied
Allied Financial Services Partners (Listed Here)
Allied Insurance Partners
Allina Health
Allstate Insurance
AllWebLeads
Alpine Digital Group, Inc
America Auto Care
American Commerce Insurance Company
American Family Insurance
American Fidelity Corp.
American Financial
American Life & Health
American National Insurance
American Republic Insurance Co.
Amerigroup
Amica Insurance
Anchor General Insurance Company
Ann-Marie Batten Insurance
Anomaly Squared
Answer Financial
Anthem BCBS
Aon Corp.
Apollo Interactive, Inc.
Ardent Health Services
Aspire
Assurance Group Inc
Assurance IQ
AssuranceAmerica Corporation
AssuranceAmerica Insurance Company
AssuranceAmerica Managing General Agency, LLC
Assurant
Astonish
Auto Insurance Specialists, LLC
Auto Insuredeals
Auto Protection 1
Auto Protection Club
Auto Ratesusa
Auto Service Center
Auto Service Depot
Avenge Digital
AvMed Inc.
Bankers Life and Casualty
Bankrate Insurance
Bantam Connect
Batten Insurance
Batten Insurance Services, Inc.
Better Insurance Direct
Blue Cross/Blue Shield Association Companies
Bnsurance
BNsure
Bolt Agency
Brainard & Associates Allstate Agency
Brainard & Associates LLC
Brakefield Companies LLC
Branch Insurance
Bravo Insurance Group, Inc.
BridgeNet Insurance Agency
Bright Idea Insurance Solutions, Inc.
Brightway
Bristol West
Capital District Physicians Health Plan
Caresource
CarInsurance.com
Carle Clinic Association
Carmella Larkins Agency Inc
Carmella Larkins Agency-Allstate
Cege Media
Centene Corp.
Choice Direct
Cigna
Citation Insurance Company
Clearcover
Clearlink
ClearMatch Medicare
CNA Insurance
CO Farm Bureau
Commerce West Insurance Company

USDC IN/ND case 3:22-cv-00336-DRL-SJF document 140-2 filed 04/29/24 page 3 of 6

CommercialInsurance.net
CommunityCare
Compare.com Insurance Agency, LLC
CompareInsuranceQuotes
COMPASS INSURANCE AGENCY
Complete Auto Care
Confie
Conseco Life
Considine & Sharer
Considine Sharer & Associates
Consumer United
Contact Center Specialists
Contactability
Conventry
Corey Hinson & Associates, LLC
Cotton States Insurance
Country Companies
Country Financial
CoverHound
CSAA Insurance Group
CSE
Dairyland
Dale Schueller's Allstate Agency
Dan Barracliff Insurance Agency, Inc
Dardier Rogers Inc
Datalot, Inc.
Dean Health
Delphi Financial
Department of Service Contracts
Designers Insurance Agency, Inc.
Destiny Insurance Associates
Devery Prince Agency Inc.
Devery Prince Allstate
Digital Media Solutions LLC
Direct Auto
Direct General
Discount Insurance Quotes
Doc Auto
Dorcelin Bazil Insurance & Financial Services Inc.
Draper Agency
Drivus
DTRIC
Easierrates
Ed Anderson Allstate
Eddie Flynt Insurance Agency, Inc
Edward H Lehmann Agency LLC
Efinancial
eHealth
Electric
Elephant Insurance
EmblemHealth
Encore Insurance
Endurance Warranty Services
epiq Insurance Agency
Erie Insurance Company
Eskay Services Corporation
Esurance
EverQuote Partners (Listed Here)
EverQuote, Inc
Fallon Community Health Plan
Farm Bureau
Farmers Exchanges and Their Subsidiaries and Affiliates (Listed Here)
Farmers Group, Inc.
Farmers Group, Inc. and Its Subsidiaries (Listed Here)
Farmers Insurance
Fidelity Life
Fig Leads
FirstQuoteAuto
Fivestrata
Flinsco
Flinsco.com DBA Florida First Insurance Agency
Foresters
Fragos Insurance Group, LLC
Freeway
Freeway Insurance
GA Insurance United
GAINSCO Auto Insurance Agency, Inc
Gardella Insurance
Gaudio Insurance Group
Geisinger Insurance
Generation Life
Genie Insurance
Genworth Financial
Get Auto Rates
GetAuto
GMAC Insurance
Go Insurance
GoCarCoverage
GoHealth/Norvax
Golden Rule Insurance Co.
GoMedigap
GotConsumer
Great West
GreatAmerican
Greenlight Auto Protection
Group Health Incorporated
Guardian Life
Guide One
Hanover
Hartford
Hartford Fire & Casualty
Hartford Fire Insurance Company
Harvard Commonwealth Health Plan
Hawaii Medical Services Association
HCC Insurance holdings
Health Care Service Corp.
Health Markets
Health Now New York Inc.
Health Option One
Health Partners of Philadelphia Inc.
HealthCare, Inc
HealthCare, Inc Partners (Listed Here)
HealthCare.com

HealthCare.com Insurance Services
HealthCompare
HealthNet
HealthPlanOne, LLC
HealthPlus of Michigan
Henry Ford Health System
HIP Insurance
Hiscox
HK Flavors
Homeinsurance.com
HomeTown Quotes, LLC
Horace Mann
Hospital Services Association of NEPA
Hub International
Hub International Limited
Humana
IHC Health Plans
IMO
Independent Carriers
Independent Health Association
Infinity Insurance
iNowQuotes
Inside Reponse
Insphere Insurance Solutions
Insurance Lead Brokers
insurancehoney.com
InsuranceQuotes
InsuranceStep
Insuratron
insure.com
Insurecrew
InsuredNation
InsuredWay
InsureMain
Insuremax Insurance Company
InsureMe
Insureradar
Insurerain
Insurewing
Insurify
Insurify Inc.
Insurtech Groups
Insweb
Integrity Insurance Services, Inc.
Integrity Vehicle
J&J Insurance LLC
James Brown Insurance Agency, Inc.
James F Brown
Jay Haidari Agency LLC
Jerry Insurance Agency
John Hancock
John Miller Insurance Agency Inc
Jonathan Gaudio
Just
Just Insure, Inc.
Justin Slocum - Allstate Insurance
Kaiser Permanente
Kanopy Insurance Center LLC
Kemper
Kissterra Technologies
Kory Rykman Agency LLC
ladybugs.com, Inc
Lehmann Agency
Lemonade Insurance Agency
LendingTree, LLC
LG Gardella LLC DBA Gardella Insurance Services
Liberty Mutual Insurance Company
Liberty National
Lifetime Healthcare
Lincoln National
LionRates LLC
LLIA Encore, LLC d/b/a Encore Insurance Group
LMB Opco, LLC
Louisiana Health Services
Loyd Insurance Agency
M Plan Inc.
Managed Health Inc.
MAPFRE Insurance Company
MAPFRE Insurance Company of Florida
MAPFRE U.S.A. Corp. and its affiliates
Marchex
Martin Financial Group
Martin Insurance Services Inc.
McGrp
MediaAlpha
MediaAlpha's Agent Partners (Listed Here)
MediaAlpha's Marketing Partners (Listed Here)
Medical Card System Inc.
Medical Mutual of Ohio
Medicare Solutions
Medicare USA
Mercury
Mercury Insurance
Metlife
Metromile Insurance Company
Metropolitan Insurance Co.
MGA Insurance Company Inc
Mile Auto
Mississippi Insurance
MMM Healthcare Inc.
Molina Healthcare Inc.
Momentum Marketing Services Solutions
Mortgage Maven
Moss
Motion Auto LLC
Motor Vehicle Assurance
Mutual of Omaha
MVP
National Better Living Association
National General
National General Insurance
National General Insurance Company
National General Management Corp

USDC IN/ND case 3:22-cv-00336-DRL-SJF document 140-2 filed 04/29/24 page 5 of 6

National Income Life Insurance Company
Nationsocean
Nationwide
Neighborhood Health Plan Inc.
NetQuote
New York Life
NewQuest
Next Gen
NILCO
Nilsen
Noridian Mutual Insurance Company
Northwestern Mutual
Oak Hill Insurance Agency LLC
Ocho Holdings Co.
OCHO Insurance
Olson Agency, Inc.
Omega Auto Care
Omniloom
Oneautoinsure
Orion Indemnity
Parachute Insurance Services Corp dba Insurance311
Paul J Della Agency Inc
Pemco
Physicians Health Plan
Physicians Mutual
PlanBuyer
Platinum Plus Auto Protection
Plymouth Rock
PolicyFuel, LLC
PoliSeek AIS Insurance Solutions, Inc
Precise Leads
Preferred Care
Presbyterian Healthcare Services
Prestige Unlimited Insurance Services Inc.
Pretected
Principal Financial
Progressive Insurance
Pronto General Agency, Ltd
Pronto Insurance
Pro-Shield Financial LLC
Protect My Car
Providence Health Plan
Prudential of America
PURE
Quinstreet
Quotehound Inc
QuoteManage LLC
QuoteNerds
Quotewest
QuoteWhiz
QuoteWizard
Quoting Edge LLC
Quoting Edge Partners (Listed Here)
Quotli
Ramses Rivero Allstate Insurance
Renaissance Health Services Corp.
Renuant
Revpoint Media
Ring Partner
Ring Router
Roadstead Auto
Rocket Quote, LLC
Root Insurance Agency
RSA
Safe Auto Group Agency, Inc
SAFECO
Safeguard
Safeway Insurance
Sagicor
Scan Health Plan
Schueller Insurance and Financial Group, Inc
Secure Automotive Solutions
Secure Horizons
Security Health Plan of Wisconsin Inc.
Select Quote
SelectHealth
SelectQuote A&H
SelectQuote Insurance Services
Sentara Health Management
Sentry Insurance Company
Shelter Insurance Company
Sierra Health Services
Smart Match Insurance Agency
SmartCarCoverage
SmartFinancial
SolidQuote, LLC
Spectrum Health
Spring Venture Group
Stancorp Financial
StarAutoInsure
State Auto
State Farm
State Forty-Eight Assurance, LLC
Sterling Senior Health
Stewart Insurance Group
Sun Life Assurance Company
Sureint
Tech Insurance
Ted Todd Insurance
Ted Todd Insurance GA
The AARP® Auto Insurance Program from The Harford
The AARP® Auto Insurance Program from The Hartford
The Anderson Agency
The Commerce Insurance Company
The Efland Group, Inc.
The General
The Hartford
The Hartford AARP
The Insurance Center
The Nakamura Agency, LLC
The Rogers Insurance Group
The Slocum Agency, LLC
The Zebra
This or That Media Inc.
Thomas & Associates
Thomas & Parrish
Thomas Agency Inc.

USDC IN/ND case 3:22-cv-00336-DRL-SJF document 140-2 filed 04/29/24 page 6 of 6

Thomas Insurance Agency
Three Rivers Holdings
TIAA-CREF
Titan
Toggle
Traders Insurance
Transamerica
Transparent.ly
TRANZACT
Travelers Insurance
Triple-S Inc.
TriState
Trustway Services, LLC
Tryton
TSC Direct
TSC Insurance
Tufts Associates HMO Inc.
TWG
Ucare
UE
Underground Elephant Authority, CO
Underground Elephant Inc
United Medicare Advisors
United Repair Programs
UnitedHealthcare/UnitedHealthOne
Unitrin Direct
Universal American Financial Corp.
University Health Care Inc.
UnumProvident Corp.
Updatecell
UPMC Health System
USAA.
USAautoInsure
USAgencies
USHEALTH Group
Vanguard Health Ventures
Velapoint
Verti Insurance Company
VIU by HUB
WEA Inc.
WellCare Health Plans
WellPoint
Wequoteusa
Western & Southern Life
Western Mutual
World Mail Direct
XLHealth.
Yesinsured
Zurich

Disclaimer: The operator of this website is not an insurance broker or an insurance company, is not a representative or an agent to any broker or insurance company, does not endorse any particular broker or insurance provider and does not make any insurance decisions. We will submit the information you provide to a broker and/or an insurance company. This website does not constitute an offer or solicitation for automobile or other insurance. Providing your information on this Site does not guarantee that you will be approved for automobile or other insurance. Not all insurance providers can or will insure your vehicle. The quotes, rates or savings advertised by\on this website are not necessarily available from all providers or advertisers. Your actual quotes, rates or savings will vary based on many different factors like: Coverage Limits, Deductibles, Driving History, Education, Occupation, Type of vehicle, Location & more. For questions regarding your insurance policy, please contact your broker or insurance company directly. Residents of some states may not be eligible for insurance or may be subject to large premiums. You are under no obligation to use our website or service to initiate contact, nor apply for insurance or any product with any broker or insurance company. We receive compensation, in the form of referral fees, from the insurance carriers, aggregators, or other offers that we direct you to. Therefore, the amount of compensation provided, along with other factors, may impact which policy / offer you are presented. The offer you receive may be coming from the company that bid the most for your information. This website does not always provide you with an offer with the best rates or terms. Our website does not include all companies or all available offers. We encourage you to research all available insurance policy options relative to your situation. All trademarks and copyrights are the property of their respective owners.
* Results of using the service may vary according to individual information provided. Avg. monthly expenditure for auto insurance is $89 (based on the NAIC 2018 / 2019 Auto Insurance Database Report).


©2024 Insured Nation