# **Exhibit B**

Our Provider Network is powered by PolicyPilot.com, their agents and providers which includes, but is not limited to:

21st Century Insurance
2insure4less
4th Dimensional Leads
5 Star Auto Protection
A & E Vehicle Services
A&B Insurance
A&B Insurance and Financial
AA Auto Protect
AAA Insurance Co.
AAA Life
AABCO
AARP
ABC Marketing
ABCLeads
Abrazo Health
ABS Healthcare
ABS Insurance
ACA Express
Academic Advising
Acceptance
Access Insurance
AccordantMedia
Accuquote
Acordia
Acquire Health
Acquisition Technologies
Acquisition Technologies LLC
Admaric
Admaric Insurance Agency Inc.
Admediary
Admiral Life
Adrea Rubin
Adrea Rubin Marketing Inc.
Adserv Inc
Advanced Vehicle Protection Center
Advantage Protection
Advantra
Advice & Life
Advocacy Center
Advocate Health
Advocator Group
Adzio LLC
Aegis First

Aegis Security
Aegon US Holding Corp.
Aetna
Affiliated Benefits Group
Affiliated Brokers Insurance
Affiniti Financial, LLC
Affinity Health Plan
Affirmative
Affluent Ads LLC
Affordable Car Cure
Affordable Health Direct
Affordable Life USA
AFLAC
AGA
AgedLeadStore.com
Agent Insider
AgentCubed Marketplace
AgentFranchise, LLC
Agentra Healthcare
Agile Health Insurance
AHCP
AHH
AHIA
AHIX
AIA Direct
AIG
AIG Direct
AIO
AIP
AIS
AIU
AIU Insurance
Akila Digital
Aldridge Insurance Group
Alfa Insurance
Aliera Healthcare
All Digital Promotions
All Nation
All Risk
All Web Leads
All Web Leads Company Allied Insurance
Allegiant Group
Alliance & Associates
Alliance 321
Alliance and Associates
Alliance Health

Alliance Insurance
Alliance National Health
Allianz
Allianza
Allied
Allied Coverage
Allied Health
Allied Insurance
Allied Insurance Partners
Allied Vehicle Protection
Allina Health
Allstarz
Allstate
Allstate County Mutual
Allstate Indemnity
Allstate Insurance
ALLWEB
AllWebLeads
Alpine Digital Group Inc
Amac
America Auto Care
America Direct
America's Health Advisors
America's Health Care Plan
America's Insurance
America's Trust, Inc.
American
American Advisors Corp.
American Alliance
American Alliance Insurance
American Auto Club
American Automobile Insurance
American Automotive Alliance, LLC
American Banks
American Benefits Group
American Casualty
American Continental
American Deposit Insurance
American Direct Business Insurance
American Economy
American Empire Insurance
American Family
American Family Insurance
American Family Mutual
American Fidelity Assurance
American Fidelity Corp.

American Financial
American Financial Group, LLC
American General
American Health Hub
American Health Plans
American Health Underwriters
American Home Assurance
American Income Life Insurance Company
American Income Life Insurance Company Family
American Insurance
American Insurance Agencies
American Insurance Agencies Direct
American Insurance Organization, LLC
American International
American International Ins
American International Pacific
American International South
American Life & Health
American Manufacturers
American Mayflower Insurance
American Motorists Insurance
American National Insurance
American National Life Insurance
American National Property and Casualty
American Premier
American Premier Insurance
American Protection Insurance
American Reliable
American Republic
American Republic Insurance Co.
American Savers Plan
American Security Insurance Company
American Service Insurance Agency
American Skyline Insurance Company
American Spirit Insurance
American Standard
American Standard Insurance - OH
American Standard Insurance – OH
American Standard Insurance - WI
American Standard Insurance – WI
American States
Americans Choice Health
Americare
Americare Group
Americare/American Enterprise
America's Health Advisors

Americas Health Brokers
America's Health Care Plan
Americas Health Group
America's Insurance
America's Trust, Inc.
AmeriChoice
Americo
Americo Life Inc.
Americor
Amerigroup
AmeriHealth
Amerilife
AmeriPlan
Ameriprise
Ameriprise Financial Group
Ameriquote
Amerisure
Ameritas Life
Amica
Amica Insurance
Angelic Marketing Group
Angelic Marketing Group, LLC
ANPAC
Answer Financial
Anthem
Anthem / BCBS
Anthem BCBS
Anthem Blue Cross and Blue Shield
Anthem/BCBS
AON
Aon Corp.
Apex Healthcare Advisors
Apex United Corp.
API
Apliant
Apollo Group
Apollo Insurance Group
Apollo Interactive Inc.
Applied General Agency Inc.
Aragon Advertising
Arbella
Ardent Health Services
Arizona General
Armed Forces Insurance
Artisan Warranty
Assigned Risk

Associated Indemnity
Associated Insurance Managers
Assurance
Assurance IQ, Inc.
Assurance Life
Assurant
Assurant, Bankers Life and Casualty
Assured Life
Astonish
Astoria Company
Atlanta Casualty
Atlanta Specialty
Atlantic Auto Protection
Atlantic Blue Media
Atlantic Health
Atlantic Indemnity
Atlantis
Atomic Leads
Audience Serv
Austin Mutual
Auto 1 Protection
Auto Care Warranty Solutions
Auto Club Insurance Company
Auto Insurance Guide
Auto Owners
Auto Policy Center
Auto Protection 1
Auto Protection Club
Auto Protection Group, Inc
Auto Protection Plus
Auto Repair Network
Auto Repair Protection Services
Auto Service Center
Auto Service Department
AutoAssure
Autoguard Pro
Automotive Service Protection
Automotive Services Center
Avendia Management Inc.
Avenge Digital LLC
Avesis
Aviva
Avmed
AvMed Inc.
Avomark
AXA Advisors

AXA Equitable
AXA Insurance Group
Axis Auto Protection
Badger Mutual
Banker’s Fidelity
Bankers & Shippers
Banker's Fidelity
Bankers Life and Casualty
Bankrate Insurance
Bankrate, Inc.
Banner Life
Bantam Connect LLC
Bargain Hunters
Bartleson Brokers
Bayside
BBRS Group
BCBS
BCBS Georgia
BCBS of Florida
BCBS of Michigan
BCBS Ohio
Beacon Leads, LLC
Beazley Group
Benefit Advisors
Benefit Concepts
Benefit Mall
Benefits Network Inc.
Benepath Health Insurance
Benepath Inc.
Best Agency USA
Best Obamacare
BestQuotes
BGA Insurance
BH Direct
BH Insurance Solutions, LLC
Blip Marketing
Blip Marketing (DBA)
Blue Cross
Blue Cross - Anthem
Blue Cross and Blue Shield
Blue Cross and Blue Shield Association
Blue Cross Blue Shield
Blue Cross Blue Shield of Nebraska
Blue Cross of South Carolina
Blue Cross/Blue Shield Association Companies
Blue Ink Digital

Blue Shield of CA
Blue Shield of California
Blue Whale Media
Blue Wing Ads
BlueCross/Blue Shield Association Companies
BMO Corp Inc
BMP Insurance
Bold Media Group
Bolt
Bonneville
Boost
Boost Health Insurance
Boston Old Colony
Bravo Health
Breathe Easy Insurance Solutions, LLC.
Bridge Marketing
Bright Health Plan
Bright Home Energy
Brightway
Brokers Revolution
Brooke Franchise Corporation
Brooke Insurance
Brookstone Financial
BRXTN Digital Media
Btel
Btel Communications
Budget Family Insurance
Builders
c0aster
C3 Data LLC
Caitlin Insurance Co.
Cal Farm Insurance
California Casualty
California State Automobile Association
Call Blade
Call Center Partnerships
Call Lead Solutions
Call Trader
Call Trader LLC
Call4SeniorSavings.com
Cambia
Camden
CAN
CancerInsurance.com
Candid Maven
CAP Brokerage, INC

Capital Auto Protection
Capital Choice
Capital District Physicians Health Plan
Capital Health Insurance of America
Car Guardian
Carchex
Care Entrée
Career Plan Guide (CPG)
CareMore
Caresource
CareZone
Carezone Inc.
CareZone Insurance Services
CarGuard Administration
Carle Clinic Association
CarShield
Cascade National Ins
Casualty Assurance
Catholic Financial Life
CDPHP
CDX
Cege
Cege Media
Celtic Insurance
Centene
Centene Corp.
Centene Corporation
Centennial
Century Benefits
Certainty Auto Protection
Champion Leads LLC.Finsideinside
Charter Oak
Chase Insurance Group
Cherry Blitz
Chesapeake
Chicago Insurance
Chinese Community Health Plan
Choice Direct
Choice Health Insurance
Choice Insurance
Christian Fidelity
Chubb
Church Mutual
Cigna
Citigroup
Citirex

Citizens
Citizens Disability
Clarendon American Insurance
Clarendon National Insurance
Clean Energy Concepts
Clear Choice Health
Clear Link Insurance Agency, LLC
Clear One
Clearlink
Cloudia Assistant
Cloverleaf
CMG Solutions
CNA Insurance
CO Farm Bureau
Colby Direct
Colonial
Colonial Insurance
Colonial Life & Accident Insurance Company
Colonial Penn
Colorado Bankers
Combined
Commercial Marketing Group
Commercial Union
CommercialInsurance.net
Commonwealth
Communicating for America
Community Care
CommunityCare
Compare Insurance Quotes
Compare.com
CompareInsuranceQuotes
Comparison Market
Complete Auto Care
Connect Insurance Brands
Connect One Health
Connect Rite Bpo
ConnectiCare
Conseco
Conseco Life
Consolidated USA Insurance
Consumer Council
Consumer Protection Services
Consumer United
Consumer United dba Goji
Contactability.com LLC
Continental Casualty

Continental Divide Insurance
Continental Insurance
Continental Life
Conventry
Core Home Security
Corner Shop Media
Coto Insurance
Cotton States Insurance
Cottonwood
Countershot Media Inc.
Country Companies
Country Financial
Country Insurance and Financial Services
Countrywide Insurance
Coventry
Coventry Health Care
Coverage One
Coverage One Insurance
Coverage One Insurance Group, LLC.
Coverance Insurance Solutions, Inc.
Coverdell
CoverHound
Covertech
Covida
Creative Emarketing
Creative Intellects
Creative Intellects, Inc.
Credit Union
Criterion
Crosspointe
Crosspointe Insurance
Crosspointe Insurance Advisors
CS Marketing
CSE
CSE Insurance Group
CUNA Mutual Group
CXP Insurance Services
CXP Insurance Services, LLC
Cypress Health Corp.
D&M Marketing
Dairyland
Dairyland County Mutual Co of TX
Dairyland Insurance
Dakota Fire
DataLot
DataMax LLC

Datastream Group, LLC
Datwerx
Dealer Services
Dean Health
Deerbrook
Delphi Financial
Delta Auto Protect
Delta Dental
DentalInsurance.com
Department of Service Contracts
Depositors Emcasc
Design Benefit Plans
Desilva Automotive Services, LLC
Diablo Media
Digiline Media
Digital DBA
Digital Market Media
Digital Market Media, Inc
Digital Marketing Group
Digital Media Solutions DBA Forte Media Solutions
Digital Thrive
Digital Thrive, LLC
Direct Auto
Direct General
Direct Impact Leads
Direct Marketing Group
Direct Property & Casualty
Direct Protect Security
Direct STM
Direct Web Advertising
Disability Advisor
Discount Insurance Quotes
Dixie
Dobak Holdings LLC
Doc Auto Insurance
Donisi Jax Inc.
DoublePositive
DoublePositive Marketing Group Inc.
Drake Life
DressanderBHC
Drips
Drive Smart Warranty
Driven Auto Protection, LLC
Drivers Protection, LLC
Drobu
DTRIC

E Broker Center
Eagle Health
eAmerifamily
East Coast Health Insurance
Ebco General
EC Insurance
Economy Fire & Casualty
Economy Preferred
Efinancial LLC
Egis Auto
eHealth
eHealthInsurance Services, Inc.
Ehealthinsurance.com
Elderplan
Electric
Electric Insurance
Elephant
Elephant Insurance
Elite Choice Health
Elite Health
Elite National Health Group
eMarketing Media Group
EmblemHealth
EMC
Empire
Empire Consumer Services
Employers Fire
Empower Brokerage
Encompass
Endurance Warranty Services
Energy Alliance
EnFuego Holdings LLC
Enginefish, LLC
Enrollment Services Inc.
Ensure
Ensurem
Enver Energy Improvements
Enver Solar
EPath
EPIQ
Equita Group
Equita Group Final Expense Services
Equitable Life
Erie Insurance Company
Erie Insurance Exchange
Erie Insurance Group

Erie Insurance Property and Casualty
Esurance
e-TeleQuote Insurance, Inc.
Everest Financial & Insurance Services
EverQuote, Inc.
EverQuote's Marketing Partners
Eversurance
Every Choice Insurance
Exact Match Media, LLC
Excel Impact, LLC
Excelium Group
Excella Benefits
Excella Benefits, Inc.
Excellus
Expert Marketing
Explorer
Extend Health
Extended Asset Protection LLC
EZ Healthcare
Facility
Fallon Community Health Plan
Family First Insurance Advisors
Family First Insurance Advisors LLC
Family Life
Farm and Ranch
Farm Bureau
Farmers Insurance
Farmers Insurance Exchange
Farmers TX County Mutual
Farmers Union
Farmland
Federal
Federated
Federated American
Federated Group
Fidelis
Fidelity and Guaranty Life
Fidelity Health Group
Fidelity Insurance Company
Fidelity Investments Life
Fidelity Life
Fidelity National
Fidelity Security Life
Field of Leads Ltd.
Fields of Leads
Final Expense Direct

finalexpenseassistant.com
FinanceBox.com
Financial Indemnity
Fiorella Insurance
Fiorella Insurance Agency, Inc.
Fire and Casualty Insurance Co of CT
Fireman's Fund
Firemans Fund
Fireman's Fund
First Acceptance Insurance
First American
First American Financial
First Choice Health
First Family Insurance
First Financial
First General
First National
First Option Health
First Preferred Insurance
Fivestrata
FiveStrata.com
FLEX Marketing Group
Flexquote
Flint Maher Financial and Insurance
Florida Blue
Flyhigh
Follow My Lead
Ford Motor Credit
Forefront Insurance
Foremost
Foresters
Forethought
Formula Marketing & Analytics
Formza, LLC
Fortegra
Fortegra Insurance
Fortegra Insurance Agency
Fortegra Personal Insurance Agency
Fortis
Franklin
Fred Loya Insurance
Freedom health
Freedom National
Freeway Insurance
Fresh Leads
Fresh Leads, Inc.

Gainsco
Garrett Laughlin LLC
Gaurantee Trust Life
Geber Life
GEICO
Geico Casualty
Geico General Insurance
Geico Indemnity
Geisinger
Geisinger Insurance
Generation Life
Generation Life Insurance
Genesis Health
Genworth
Genworth Financial
George Kopp Insurance
Gerber
Gerber Insurance Company
Gerber Life
Gerber Life Insurance Company
Get My Life Insured
Get Seen Media Group LLC
GetAuto
GetInsured
Getinsured.com
GetMeHealthCare.com
GetMeHealthInsurance.com
GHI
GigUp
Global Wide Media Inc.
Globalsky BPO
Globe Life
Globe Life And Accident Insurance Company
Globe Life Insurance Company
Globe Life Insurance Company of New York
GMAC Insurance
GMAC/NGIC
Go Direct Lead Generation
Go Direct Lead Generation, LLC
GoDirect Leads Generation
GoHealth - UE Calls
GoHealth Insurance
GoHealth.com
GoHealth/Norvax
GoHealthInsurance.com
Goji

Golden Rule
Golden Rule Insurance
Golden Rule Insurance Co.
Golden Rule Insurance Company
GoMedicare
GoMediGap
GoodRX
GotConsumer
GotQuotes
Government Employees
Government Employees Insurance
Government Personnel Mutual Life
Grange
GRE Harleysville H
Great American
Great Way
Great West
GreatAmerican
Green Energy Marketing
Green Home Advantage
Grey Peaks
Grinnell Mutual
Group Health Cooperative
Group Health Incorporated
Guaranteed Benefits
Guaranteed Health
Guaranteed Health Options
Guaranty National
Guaranty National Insurance
Guardian
Guardian Health Group
Guardian Healthcare
Guardian Life
Guide One
Guide One Insurance
Guide To Insure
GuidePointe Solutions
GuideToInsure
Halcyon
Halo Vehicle Protection
Hanover
Hanover Lloyd’s Insurance Company
Hanover Lloyd's Insurance Company
HAP Health Alliance
Happy Days
Hartford

Hartford AARP
Hartford Accident and Indemnity
Hartford Casualty Insurance
Hartford Fire & Casualty
Hartford Fire Insurance
Hartford Insurance Co of Illinois
Hartford Insurance Co of the Southeast
Hartford Life
Hartford Omni
Hartford Underwriters Insurance
Harvard Commonwealth Health Plan
Harvard Pilgrim
HasTraffic
Hawaii Medical Services Association
Hawkeye Security
HCC Insurance holdings
Headquarter Insurance
Health & Life Advantage
Health 1nsurance.com
Health Advisors
Health America
Health and Life Associates
Health and Life Plans of America
Health Benefits Center
Health Benefits Direct
Health Benefits One
Health Care Service Corp.
Health Care Solutions
Health Choice One
Health Connection Insurance
Health Corp USA
Health Coverage Fast
Health Dime
Health eDeals
Health Enrollment Center
Health Exchange Agency
Health First Advisors
Health Heritage Advisors
Health Insurance Advantage
Health Insurance Advisors
Health Insurance Alliance
Health Insurance Alliance, LLC
Health Insurance for Everyone
Health Insurance Innovations
Health Insurance of America
Health Insurance Services

Health Insure For You
Health Line One LLC
Health Markets
Health Net
Health Network
Health Now New York Inc.
Health Option One
Health Partners of Philadelphia
Health Partners of Philadelphia Inc.
Health Plan One
Health Plan Services
Health Plans
Health Plans 4 Less
Health Plans America
Health Plans of America
Health Plus
Health Plus of America
Health Pocket
Health Reform Team
Health Sherpa
Health Solutions One
Health Solutions Team
Health Trust Financial
Health1nsurance.com
HealthAdvisor.com
Healthcare Advisors
HealthCare Alternatives
Healthcare Direct
Healthcare Solutions
Healthcare Solutions Team
Healthcare Solutions Team, LLC.
HealthCare, Inc.
Healthcare.com
HealthChoiceOne
HealthCompare Insurance Services, Inc.
HealtheDeals
HealthInsurance.com
HealthInsurance.org
HealthIQ
Healthline Care
HealthMarketers
Healthmarkets
HealthMarkets / Insphere
HealthMarkets Inc.
HealthMarkets Insphere
HealthMarkets Insurance Agency

HealthMarkets/Insphere
HealthMatchup
HealthNet
HealthPartners
HealthPlan Advisors
HealthPlan Intermediaries Holdings
HealthPlan Intermediaries Holdings, LLC
HealthPlan Services
HealthPlanMatchup
HealthPlanOne
HealthPlus of Michigan
HealthPocket
HealthPocket, Inc.
HealthQuote of NY
HealthQuoteInfo.com
HealthRight LLC
HealthShare America
HealthShare American
HealthSpan
HealthSpire
HealthSpring
Healthy Halo
Heard and Smith
Heartland Holding Company
Henry Ford Health System
Heritage
Heritage Health Advisors
Heritage Health Group
Heritage Life Insurance Company
HHA
Hi.Q Inc.
HIA
High Quality Vehicle Protection
Highland Health Direct, LLC.
Highmark
Highmark BCBS
HII
HII – Starr Insurance
HIIQ
HIP Health Plan
HIP Insurance
Hippo Insurance
Hiscox
HK Flavors Limited
HolaDoctor, Inc.
Home Bundles

Home Insurance King
Home Path
Home Savings
Home Security Promotions
Home Services companies
Homeinsurance.com
Homeland Health
Homeland Healthcare
Hometown
Hometown Quotes
HomeWarrantyProject
Horace Mann
Horizon
Horizon Health Advisors LLC
Horizon Health Insurance
Horizon Media
Horizon Media, Inc.
Hospital Services Association of NEPA
How to Enroll
HPO
HSK Insurance Solutions
HSO
HST
HST Enrollment Center
Humana
HyperTarget
IAB
iCan Benefit Group, LLC
iCan Group
ICW Leads LLC
Ideal Concepts, Inc.
iDeal Group Inc
iDeal Health Benefits
IDS
IFA Auto Insurance
IFA Insurance Company
IGF Ins.
IGF Insurance
IHC
IHC Group
IHC Health Plans
IHC Specialty Benefits, Inc.
IIS Insurance
iLife and Health
IMO
Inavision

Independence American Insurance Company
Independence Blue Cross
Independent Carriers
Independent Health Association
Individual Health Quotes
INDS
Infinity Insurance
Infinity National Insurance
Infinity Select Insurance
Infinix Media, LLC
ING Life
ING US Life
Innovation Direct Group
Innovation Group of South Florida
Innovative Benefit Concepts
Inquire Media LLC
Inside Response, LLC
Inside Ventures
Ins-leads.com
Insphere
Insphere Insurance Solutions
Insphere/HealthMarkets
Insur. of Evanston
InsuraMatch
Insurance Care Direct
Insurance Care Direct Inc.
Insurance Central
Insurance Depot of America
Insurance Express
Insurance Health Hotline
Insurance Insight
Insurance Line One
Insurance Management Associates
Insurance Medics
Insurance Services
Insurance Solutions Direct
Insurance Zebra Inc
Insurance.com
InsuranceCareDirect
InsuranceLeads.com
InsuranceOnly
InsuranceProz
Insurancequotes
InsuranceQuotes, Inc.
insuranceQuotes.com
Insure Me Health

Insure.com
Insurealife
Insured Street
InsureMe
Insurify
Insurzy
Insweb
Integon
Integrate
Integrated Benefits
Integrity Vehicle Group
Integrity Vehicle Services
Intelecare Inc
IntelliQuote
intentlogic
Inter Valley Health Plan
Interstate
Investors Life
IPA Agents
IPA Direct
IPA Family
iPlan Health Group
iPolicyQuote
iQuoteX
iVolve Health
iWebQuotes
Jackson National Life
Jangl
JCG New Media
JLS
John Deere
John Hancock
Johnny Watts Agency
JRC Insurance Group
Kaiser
Kaiser Foundation Health Plan
Kaiser Permanente
Kaiser, Medicare Solutions
Kaleida Health
Kallstar
Kanopy
Kanopy Insurance Center LLC
Katch LLC
Kateway Consulting
Kauffman Insurance Group
Keenan Associates

Kelly Klee Private Insurance
Kelsey-Seybold
Kemper
Kemper Lloyds Insurance
Kentucky Central
Key insurance Advisors
Keystone
Kim Wilhelm DBA Final Expense Direct
Kin
Kind Health
Kind Insurance Inc.
Knights of Columbus
Koenig Quotes
Komparison
L.A. Care Health Plan
Ladder Life
Landmark American Insurance
Lands Health
LBCOT Insurance
LCN
Lead Emblem, LLC
Lead Foundations
Lead Origins
LeadAmp
LeadCloud, LLC
Leadco
LeadEnvoy
Leader General
Leader Insurance
Leader National
Leader National Insurance
Leader Preferred Insurance
Leader Specialty Insurance
Leadnomics
Leadsrow
League General
LeClair Insurance
Legacy Benefits Services
Legal & General America
Les Promotions Mondiales Inc.
Level One Health Group
Liberty Automobile Protection
Liberty Bell Auto
Liberty Health Plan
Liberty Health Professionals
Liberty Health Solutions

Liberty Insurance Corp
Liberty Mutual
Liberty Mutual Fire Insurance
Liberty Mutual Insurance
Liberty Mutual Insurance Company
Liberty National
Liberty National Life Insurance Company
Liberty Northwest
Liberty Northwest Insurance
Life Quotes, Inc.
LifeInsuranceMatchup
Lifeline Direct Insurance, Inc
LifeQuotes
LifeSecure
Lifetime Healthcare
LifeWise Health Plan
LifeWise Health Plan of Oregon
Lighthouse Insurance
Lighthouse Insurance Group LLC
LightHouse Insurance Health
Lincoln Benefit Life
Lincoln National
Line East Leads
Link Interactive
List Acquisition Inc.
ListenClear
Live Calls Media
Live Insurance Advisors Inc.
Liz Byrne USHA
NameMyPremium
LLicensed Insurance Advisors
Lockton Affinity Group
Lockton Affinity LLC
Longevity Alliance
Loud Cloud Nine / LCN
Louisiana Health Services
Lovera Marketing LLC
Loyal American
LS Lead Generation
LTC Financial Partners
Lumbermens Mutual
M Plan Inc.
Madera Digital, LLC
Madison National Life Insurance Company
Managed Health Inc.
MAPFRE

Marathon
Marchex
Markel American
Martin Insurance
Martin Insurance Group
Martin’s Point
Martin's Point
Maryland Casualty
Mass Mutual
Mass Nexus
Massachusetts Mutual
MassMutual Financial Group
MassNexus
Match Media Group, LLC
Matomy Media Group
Matrix Direct
Matrix Warranty Solutions
Maxim Strategies
Maxxlocal
Mayo Labs LLC
Me!Box Media
MedGapDirect
Media Alpha Exchange
Media Champs
Media Mix 365
MediaAlpha
MediaAlpha Ventures LLC
MediaStratX
Mediastratx, LLC
Medica
Medical Card System Inc.
Medical Mutual of Ohio
Medicare Enroller
Medicare Health Benefits
Medicare Insurance Consultants LLC
Medicare Plan Finder
Medicare Providers
Medicare Solutions
Medicare Trusted Solutions, LLC
MedicareAdvantage.com
Medicareplan.com
MedicareProz
Medigap360
MEGA Life and Health Insurance
Mega/Midwest
Mendota

Merastar
Mercury
Mercy
Method Marketing LLC
Metlife
MetLife Auto and Home
MetLife Insurance
Metropolitan Co.
Metropolitan Insurance Co.
MG Insurance
Mid Century Insurance
Mid-Continent Casualty
Middlesex Insurance
Midland National
Midland National Life
Midwest Mutual
Mid-West Ntl. Life
Midwest Repair Defense
Migo Insure
Mikayla Data
Millbank
Millers Mutual
Milwaukee General
Milwaukee Guardian
Milwaukee Mutual
Minnehoma
Minnesota Mutual
Mississippi Insurance
Missouri General
MJ Direct
MMI Group
MMM Healthcare Inc.
Modern Health, LLC
Modern Woodmen of America
Molina Healthcare Inc.
Momentum Marketing Services Solutions
Montana Life Group LLC
Mony Group
Mortgage Protection Bureau
Mortgage Protection Plus Inc.
Moss
Moss Affiliate
Moss Affiliate Marketing
Motor Vehicle Assurance
Motors
Mountain Financial

Mountain Laurel
MP & Associates Inc.
Mutual Insurance
Mutual Of Enumclaw
Mutual of New York
Mutual of Omaha
MVA Warranty
MVP
My Agent Solution, LLC
My Best Health Plan
My Insurance Solutions
MyHealthAngel.com
MyInsuranceExpert
MyRetiree Health
NAFS
Name My Premium
Natcap Inc
Nation Health Advisors
National Alliance
National Auto Protection Corp.
National Ben Franklin Insurance
National Better Living Association
National Brokerage
National Brokers of America
National Casualty
National Colonial
National Continental
National Continental Insurance
National Coverage Center
National Disability
National Family
National Family Assurance Group, Inc.
National Fire Insurance Company of Hartford
National General Insurance Company
National Health Connect, LLC
National Health Hub LLC
National Health Insurance
National Health Plans
National Health Plans dba Your Lowest Quote
National Health Plans LLC
National Health Solutions
National Healthcare Advisors
National Income Life Insurance Company
National Indemnity
National Insurance
National Merit

National Repair Solutions
National Surety Corp
National Union Fire Insurance
National Union Fire Insurance of LA
National Union Fire Insurance of PA
National Vehicle Protection Services, Inc.
Nations Auto Protection
Nations Health Group
Nations Health Group Guide One Insurance
Nations Insurance Solutions
Nationwide
Nationwide General Insurance
Nationwide Health Advisors
Nationwide Insurance Company
Nationwide Mutual Fire Insurance
Nationwide Mutual Insurance
Nationwide Property and Casualty
Nat'l Farmers Union
Navy Mutual
Navy Mutual Aid Association
NCWC, Inc.
Need Health
Neighborhood Health Plan Inc.
Neilson Financial Services LLC
Neo Ogilvy
Net Health Affilates Inc.
Net Health Affiliates Inc.
NetQuote
Network Media Tank
New Career
New England Financial
New Era
New York Life
New York Life Insurance
Newport Equities LLC
NewQuest
Next Level Benefits Incorporated
Next Wave Marketing
Next Wave Marketing Strategies, Inc
NextGen
NextGen Leads, LLC
Nexus Corporation
Nexus Enterprise Solutions
Nexus Enterprise Solutions Inc.
NGIC
NHA

NL Mangini Inc.
NMP Insurance Services
NMP Insurance Services, LLC / NameMyPremium
Noridian Mutual Insurance Company
North American
North Pacific
North Pointe
North Shore
Northern Capital
Northern States
Northland
Northwest Medical
Northwest Pacific
Northwestern
Northwestern Mutual
Northwestern Mutual Life
Northwestern Pacific Indemnity
Norvax Inc
Norvax, LLC.
NuHealth
Number One Health Insurance Agency Inc.
NuStar Insurance
Offer Advisors
Offer Strategy
OFFERweb LLC
Ohio Casualty
Ohio National Life
Ohio Security
Old Mutual US Life
Olympia
Omaha
Omega Auto Care
Omni Indemnity
Omni Insurance
Omni Research
Oncor Direct
ONCOR Insurance Services
One Source Warranty
One Touch Direct
Online Digital LLC
Onviant
Onviant Insurance Agency Inc
Onviant, LLC
Onyx Digital Media
Open Market Quotes
Optimize.Ad Inc.

Optimum HealthCare
Oregon Mutual
Orion Ins.
Orion Insurance
Oscar
OSCAR Health
Oscar Health Insurance
Ox Car Care
Oxford
Oxford Health Plans
Oxford Insurance
Oxford Insurance Partners
Oxford Marketing Partners
Oxford Marketing Partners, LLC
Pacific Benefits Group
Pacific Benefits Group Northwest
Pacific Indemnity
Pacific Insurance
Pacific Life
Pacific Life and Annuity
PacifiCare
Pafco
Pafco General Insurance
Page One Projects
Palmer Administrative Services, Inc
Palmetto Senior Solutions
Palms Health Group
Paloverde
Parasol Agents Network
Parasol Leads, Inc.
Parasol Media Inc.
Patriot General
Patriot General Insurance
Pay Per Call Market
PB Solutions
Peace of Mind Solutions
Peak Advertising LLC
Peak Performance
Peak Property and Casualty Insurance
Peak Protection Group
Pemco
PEMCO Insurance
Penn America
Penn Mutual
Pennsylvania Natl
Phexio

Phoenix
Phoenix Life
Physicians Health Plan
Physicians Life
Physicians Mutual
Physicians United Plan
Pickett Group/TermLifeMatch
Pier21 Media
Ping Leads
Pinnacle
Pinney Insurance Center, Inc.
Pioneer Life
Pivot
Pivot Health
Pivot Health Holdings LLC
PivotHealth, LLC
PJP Agency
PJP Health
PJP Health Agency
Plasmid Direct
Plasmid Media, LLC
Platinum Leads
Platinum Plus Auto Protection
Plymouth Rock
PM Group Loans
PMIC
PolicyBind, LLC
PolicyFuel
PolicyZip LLC
Power Source Marketing
Practical Marketing
Precise
Precise Health Insurance Advisors
Precise Leads
Precise Solutions Group
Precursor Media
Precursor Media LLC
Precursor Media, LLC
Preferred Abstainers
Preferred Care
Preferred Health Advisors
Preferred Health Solutions LLC
Preferred Mutual
Premera Blue Cross
Premier
Premier Business Solutions

Premier Choice Health
Premier Disability
Premier Health Solutions
Premier Precision Group
Premium Precision Marketing
Presbyterian Health Plan
Presbyterian Healthcare Services
Presidio
Presidio Interactive
Presidio Interactive Corp
Presidio Interactive LLC
Presido Interactive
Prestige
Primary Health Care
Prime Care
Prime Care Health
Primerica
Principal
Principal Financial
Principal Financial Group
Principal Life
Priority Health
Priority Insurance
Priority One Health
Pristine Media Group
Private Reserve Group
Private Reserve Group, Inc
ProEco Solutions Inc
Progressive
Progressive Auto Pro
Progressive Insurance
Progressive Motorcycle
Promise Health Insurance
Prospect American
Protech Vehicle Services LLC
Protect My Car
Protect Your Home
Protective Casualty
Protective Life
Protectmycar.com
Providence
Providence Health Plan
Provident
Prudential
Prudential Insurance Co.
Prudential Life Insurance

Prudential of America
PURE
Puritan Health
PX Inc
Pyramid Life
Q3M Insurance Solutions LLC
Qatalyst
QHS
Qualified Healthcare Solutions
Qualilty Healthcare Solutions
Quality Health Organization
Quality Healthcare Solutions, Inc.
Qualyst
Quantum 3 Media, LLC
Quantum Digital Media Inc.
Quick Health
Quick Life Center
Quick Life Center, LLC
Quick Medigap
QuickInsured
QuickQuote
Quilt
QuinStreet, Inc.
Quote Engine
Quote Selection
Quote Selection Insurance Services
Quote Selection Insurance Services Inc.
Quote Selection Insurance Services, Inc
Quote Whiz LLC
Quotelab
QuoteLab Marketing Partners
QuoteStorm
QuoteWhiz, LLC
QuoteWizard LLC
QuotIt
Ramsey
Ranger
Rank Media
Rank Media Agency
RateMarketplace
Ray Chisolm
RBC Liberty Insurance
Real Results
Recall Digital
Red Auto Protection
Red Crane Media

Red Ocean Leads
RedVentures
Reel Media Ventures
Reel Media Ventures, LLC
Refipros
Regal
Regence
Reliable Auto Service Contracts
Reliance
Reliance Insurance
Reliance National Indemnity
Reliance National Insurance
Reliant
ReliaQuote
Renaissance Health Services Corp.
Renew.com
Renew.com Inc.
RepairBANC
Republic Indemnity
Resource Group
Response Insurance
Revi Media
ReviMedia Inc.
RevPoint Media
Rex Direct
Ring Latino
Ring Router
Ring Router Inc
Ringpartner
Rising Eagle Capital Group
RMC Insurance Services
RMC Insurance Services LLC
Roadstead Auto Protection
Rockford Mutual
Rodney D. Young
Rogue E-Cigs
Ronin Revenue
Royal Admin
RPG Leads
RPM Direct
RSA
Safe Streets USA LLC
SafeAuto
SAFECO
Safeguard
Safeguard Ins Market

Safeguard Insurance Market
Safeway
Safeway Insurance
Safeway Insurance Co of AL
Safeway Insurance Co of GA
Safeway Insurance Co of LA
Sagicor
SalesRadix
SBLI
Scan Health Plan
SCMS
Scott and White
ScriptRelief
Sea West Insurance
Seascape
Seascape Health
Seascape Life
Secura
Secure Automotive Solutions Inc
Secure Car Care
Secure Horizons
Secured Health
Secured Health and Life
Security Health Plan of Wisconsin Inc.
Security Insurance
Security Insurance Co of Hartford
Security National
Security National Insurance Co of FL
Sedgwick James
Select Quote
Select Quote Senior
SelectHealth
Selective Healthcare
SelectQuote
SelectQuote A&H
SelectQuote A&H;
SelectQuote Insurance Services
SelectQuote Life
SelectQuote Senior
Senior Care Benefits, LLC
Senior Care USA
Senior Health Connect
Senior Health Connection
Senior Health Direct
Senior Healthcare Direct
Senior Market

Senior Market Advisors
Senior Market Partners
Senior Market Quotes
Senior Market Sales
Senior Plus Advisors
SeniorCare USA
SeniorQuote Insurance Services
Sentara Health Management
Sentinel Insurance
Sentry
Sentry Group
Sentry Insurance a Mutual Company
Sentry Insurance Company
Sentry Insurance Group
Sharp Health Plan
Shelter Insurance
Shelter Insurance Co.
Shelter Insurance Company
Sierra Health Services
Simple Health
Simple Health Plans
Simple Health Plans Inc.
Simple Insurance
Simple Insurance Leads
Simple Save Auto
Simpson Financial
Simpson Financial Group
Single Care
SingleCare Services
Singularity Media
Skandia TIG Tita
Smart Match Insurance Solutions
Smart Relief Rx
SmartFinancial
SmartHome Solar Solutions USA
SmartHome Solutions USA
Smedley Insurance Group
SolarJoy
SolidQuote LLC
SolidQuote, LLC
Spartan Health Group
Spectrum
Spectrum Direct
Spectrum Health
Spinner Group
Spring EQ

Spring Health Plans
Spring Insurance
Spring Insurance Solutions
Spring Venture
Spring Venture Group
SS Telemarketing
St. Paul
St. Paul Companies
St. Paul Fire and Marine
St. Paul Insurance
Stancorp Financial
Standard Fire Insurance Company
Standard Guaranty
Standard Life
Standard Security Life Insurance Company of New York
Star Advertising
Starmount Life
State and County Mutual Fire Insurance
State Auto
State Farm
State Farm County
State Farm Fire and Cas
State Farm General
State Farm Indemnity
State Farm Insurance
State Farm Insurance Co.
State Farm Lloyds Tx
State Farm Mutual Auto
State Fund
State Mutual
State National
State National Insurance
Sterling
Sterling Senior
Sterling Senior Health
Stone Hill National
StoneTapert Employee Benefits
Strategy Bay
Stride Health
Strike Marketing LLC
SubjectWell
SummaCare
Summit Health
Sun Coast
Sun Life Assurance Company
Sunlight 4 Solar

Sunpath Limited
Sunrise Health
Suntuity
Superior American Insurance
Superior Guaranty Insurance
Superior Health Insurance Group
Superior Insurance
Support First
Sure Health Plans
Sure Touch Leads
Sureco
Sureco Legacy Insurance Services, Inc
Suretouchleads
Surveillance
Sutter
SVG
Swiss Re
Syndicated Plus
Tallac Media
Taylor Agency
Tech Insurance
Term Life Match
TexanPlus
The Ahbe Group
The Atlas Company
The Benefit Link
The Benefit Outlet
The Complete Lead
The Credo Group
The General
The Hartford
The Hartford AARP
The IHC Group
The Insurance Center
The Lead Company
The McGrp International
The McGrp International, LLC
The Product Drivers
The Quick Life Center, LLC
The Regence Group
The Senior Resource Group
The Zebra
themedicareassistant.com
The-Solar-Project
The-Solar-Project.com
ThomasARTS

Three Rivers Holdings
Thrivent Financial for Lutherans
TIAA-CREF
Tiburon Insurance Services
TICO Insurance
TIG Countrywide Insurance
Titan
Titan Indemnity
TMHCC
Tobias & Associates
Tobias & Associates Inc
TOCO
Today Medicare
Todd Matzat
Toolbox OS
Torchlight
Torchlight Technology
Torchlight Technology Group
Torchlight Technology Group, LLC
Torchmark
Total
Total Insurance Brokers INC
Total Insurance Brokers INC a.k.a. Health Coverage Fast
Touchstone
Tower
Towers Watson
Towers Watson dba OneExchange
TPG Direct
TradeMarc Global, LLC
Traders Insurance
Transamerica
TRANZACT
Tranzact Insurance Services
Tranzact Insurance Solutions
Travelers
Travelers Indemnity
Travelers Insurance Company
Tricare
Trinity Universal
Triple-S Inc.
TriState
Tri-State Consumer
Tri-State Consumer Insurance
Tru Source
TruBridge
TruBridge, Inc.

True Auto
TrueChoice Insurance Services
TruSource Marketing
Trust Hall
Trusted Health Quotes
Tryton
TSC Direct
TSC Insurance
Tufts
Tufts Associates HMO Inc.
Tufts Health Plan
Twentieth Century
TWG
Twin City Fire Insurance
TZ Insurance Solutions
TZ Insurance Solutions LLC
U S Financial
Ucare
UHOne
UMA
Underground Elephant
Unicare
Unified Rightmed
Uniguard
Union
Unique Q2B
United American
United American Insurance Company
United American/Farm and Ranch
United Financial
United Fire & Casual
United Health Care
United Health One
United Healthcare
United Healthcare Advisors
United HealthCare Services, Inc.
United Insurance
United Medicare
United Medicare Advisors
United of Omaha
United Pacific Insurance
United Repair Programs
United Security
United Services Automobile Association
United States Fideli
United Teacher Associates Ins Co.

UnitedHealth Group
UnitedHealthcare
UnitedHealthcare/UnitedHealthOne
Unitrin
Unitrin Direct
Unitrin Inc.
Universal American
Universal American Corporation
Universal American Financial Corp.
Universal Health Advisors
Universal Health Care
Universal Healthcare Advisors, LLC
Universal Underwriters Insurance
University Health Care Inc.
Unsure
UnumProvident Corp.
UPMC
UPMC Health System
US Benefit Solutions
US Energy Alliance
US Financial
US Financial Life
US Health Advisors
US Health Advisors LLC
US Health Benefits Group
US Health Group
US Health Group (Freedom Life)
US Insurance Online
US Marketing Group
US Web Leads
USA Auto Protection
USA Benefits/Continental General
USA Dental Club
USA Health Options
USA Medical Card
USAA
USAA.
USDS (US Dealer Services)
Used Imagination
USF and G
USF&G;
USHealth Advisors
USHEALTH Group
USInsuranceOnline
Utah Home and Fire
Utica

Valiant Auto
Valley Health Plan
Vanguard Health Ventures
Vanguard Vehicle Armor
Vantis Life
Vasa North Atlantic
Vehicle Protection
Vehicle Protection Center
Vehicle Protection Specialists
Velapoint
VelaPoint Personal Insurance
Verified Insurance Lead
Versible Connect
Versus Media Group
Verti Insurance
Vertical Media Brands
Vertigen LLC
Vigilant
Viking
Viking County Mutual Insurance
Viking Insurance Co of WI
VIMO
Visiqua
Visiqua, LLC
Vital One Health
Vital One Health Plans Direct, LLC
Vitalone
Vitalone Health
VitalOne Health Plans
VitalOne Health Plans Direct, LLC.
Viva Health
Voxify
Voxify LLC
VSP
Warranty Agents
Warranty Direct
Washington National Insurance Co.
Washington National Life
Wawaunesa
Wax Digital Solutions
We Speak
WEA Inc.
WebTec
Wejo
Wellcare
WellCare Health Plans

Wellington
Wellness Plan of America
WellPoint
West American
West Bend Mutual
West Field
West Plains
Western & Southern Life
Western and Southern Life
Western Health Advantage
Western Mutual
Western National
Westfield
Weston insurance services ins
Wheaten Worldwide
William Penn
Windhaven
Windsor
Windsor Insurance
Windstar
Wisconsin Mutual
Woodland Health Group
Woodlands Financial Group
Woodmen of the World
Word & Brown
World Insurance
World Mail Direct USA
Worldwide
WynnHealth
XLHealth
Yellow Key
Yosemite
Your Lowest Quote
YourHealthCareQuotes.com
YourLowestQuote
Zander Insurance
Zebra
Zenith Media
Zoom Insurance
ZQ Sales
Zurich
Zurich North America
Zurich North America or other partners